DOWNEY BRAND LLP
DANIEL J. MCVEIGH (Bar No. 77410)
BRIAN J. LIM (Bar No. 258262)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
dmcveigh@downeybrand.com
blim@downeybrand.com

Attorneys for Defendant
COMPOSITE ENGINEERING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY PORTER,<br><br>Plaintiff,<br><br>v.<br><br>COMPOSITE ENGINEERING, INC., a California Corporation, and DOES 1-100,<br><br>Defendants. | Case No.  2:09-CV-01977-FCD-DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND REFERRAL TO ARBITRATION** |

It is HEREBY STIPULATED by and between Plaintiff COLBY PORTER ("Plaintiff"), on the one hand, and Defendant COMPOSITE ENGINEERING, INC. ("Defendant") on the other hand, by and through their respective counsels, that the Court to enter an order of dismissal without prejudice of this pending action, and the Parties request that the Court refer this matter to binding arbitration.

Plaintiff filed this Complaint on July 20, 2009, seeking to recover unpaid overtime, wages, penalties and other damages allegedly due Plaintiff by Defendant stemming from Plaintiff's past employment.  During his employment with Defendant, Plaintiff executed an Arbitration Agreement which made any dispute arising out of his employment subject to final and binding arbitration.

The Parties further stipulate that the effective date of the filing of the arbitration for purposes of the statute of limitations regarding the claims filed by Plaintiff will be July 20, 2009.

The Parties further agree that Defendant will be responsible for the payment of all costs related to the arbitrator and the costs related to any mediator selected by the Parties.

IT IS HEREBY STIPULATED:

DATED: September 17, 2009          LAW OFFICE OF ROBERT A. CARICHOFF

By: /s/ Robert A. Carichoff
ROBERT A. CARICHOFF
Attorney for Plaintiff
COLBY PORTER

DATED: September __, 2009          DOWNEY BRAND LLP

By: /s/ Daniel J. McVeigh
DANIEL J. MCVEIGH
Attorney for Defendant
COMPOSITE ENGINEERING, INC.

**ORDER**

IT IS HEREBY ORDERED, per the Stipulation of the Parties, that:

1. the above-entitled matter is hereby dismissed without prejudice;

2. the statute of limitations regarding the claims filed by Plaintiff will be July 20, 2009; and

3. Defendant will be responsible for the payment of all costs related to the arbitrator and the costs related to any mediator selected by the Parties.

IT IS SO ORDERED.

Dated: September 17, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE